**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Michael Coleman and Lori Coleman | No. 09-28552 |
| Debtor | Hon. Bruce Black |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE - STATEMENT
OF OUTSTANDING PAYMENT OBLIGATIONS**

**To: See attached Service List**

PLEASE TAKE NOTICE that on October 6, 2010, I filed the attached Response to Notice of Final Cure - Statement of Outstanding Payment Obligations, a copy of which is hereby served upon you.

/s/ Susan J. Notarius

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure - Statement of Outstanding Payment Obligations on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Robert J. Semrad & Associates and Glen B Stearns on October 6, 2010.

/s/ Susan J. Notarius

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679

**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

**SERVICE LIST**

Michael Coleman and Lori Coleman
2304 Briarhill Drive
Naperville, IL 60565

Glen B Stearns
4343 Commerce Court
Ste 120
Lisle, IL 60565

Robert J. Semrad & Associates
20 South Clark St.,
28th Floor
Chicago, IL 60603

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                                      Chapter 13

Michael Coleman and Lori Coleman            No. 09-28552

               Debtor                                     Hon. Bruce Black

**RESPONSE TO NOTICE OF FINAL CURE - STATEMENT OF
OUTSTANDING PAYMENT OBLIGATIONS**

       American Home Mortgage Servicing, Inc., Servicing agent for, U.S. Bank National Association, as Trustee in trust for the benefit of the Certificateholders for Citigroup Mortgage Loan Trust Inc. 2006-AMC1, Asset-Backed Pass-Through Certificates, Series 2006-AMC1, files this, its Response to Notice of Final Cure - Statement of Outstanding Payment Obligations of Debtor:

Debtor has failed to submit documents required for final loan modification approval, accordingly, the amounts outstanding are as follows:

10 Post-Petition payments for 01/01/10 through 10/01/10 @ $2,617.63 each = $26,176.30 ;
9 late charges for 01/01/10 through 09/01/10 @ $99.52 each = $895.68 ;
Less Debtor Unapplied funds = $981.18 ;
TOTAL DEFAULT: = $26,090.80

       The debtor may (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court, on notice to the American Home Mortgage Servicing, Inc. and the standing trustee, with the court resolving the challenge as a contested matter, or (ii) propose a modified plan to provide for payment of additional amounts that the debtor;

       To the extent the amounts set forth in this Response to Notice of Final Cure - Statement of Outstanding Payment Obligations are not determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of American Home Mortgage Servicing, Inc. to collect these amounts will be unaffected.

                                                          Submitted by:

                                                        /s/ Susan J. Notarius
                                           Attorney for American Home Mortgage
                                           Servicing, Inc.

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679